(108 So. 925)

Frank ROBERTS v. STATE. (8 Div. 464.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Carrying concealed weapons.

RICE, J. Affirmed.

---

(110 So. 924)

Jim ROBERTSON v. CITY OF TUSCALOOSA. (6 Div. 106.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

---

(110 So. 924)

Jim ROBERTSON v. CITY OF TUSCALOOSA. (6 Div. 107.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

---

(110 So. 925)

Jim ROBERTSON v. CITY OF TUSCALOOSA. (6 Div. 108.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

---

(110 So. 925)

Jim ROBERTSON v. CITY OF TUSCALOOSA. (6 Div. 109.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

---

(110 So. 925)

J. M. ROBERTSON v. STATE. (6 Div. 112.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. The prosecution against this appellant originated in the county court, and upon his conviction in that court he appealed to the circuit court. In the circuit court he was tried by a jury upon a complaint filed by the solicitor, charging him with the violation of the prohibition laws of the state. He was convicted and duly sentenced to perform hard labor for the county. From the judgment of conviction pronounced and entered this appeal was taken. No brief has been filed in behalf of appellant, nor does the transcript contain a bill of exceptions, and the time for filing same has expired. The appeal is upon the record proper. No error appears upon the record; therefore the judgment of conviction appealed from is affirmed. Affirmed.

---

(110 So. 925)

James ROBINSON v. STATE. (1 Div. 699.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.

---

(110 So. 925)

Charles ROTTON v. STATE. (4 Div. 230.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Distilling.

SAMFORD, J. Affirmed.

---

(110 So. 925)

R. M. ROWAN v. CITY OF TUSCALOOSA. (6 Div. 57.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

---

(106 So. 923)

Virgil RUSH v. TOWN OF NORTHPORT. (6 Div. 759.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.